**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MULTI-SHOT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3283 |
| | § | |
| B&T RENTALS, INC, | § | |
| | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| B & T RENTALS, INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-770 |
| | § | |
| MULTI-SHOT, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In 2009, Multi-Shot LLC sued B & T Rentals, Inc. for a declaratory judgment in Texas state court. B & T timely removed to this court, No. H-09-3283. B&T answered and filed counterclaims. In parallel litigation, B & T sued Multi-Shot and three other defendants in the United States District Court for the Western District of Louisiana, No. 4:10-cv-770. The case was transferred from Louisiana to this court, and the cases were consolidated into case no. H-09-3283. Following transfer, B & T filed notice dismissing all defendants other than Multi-Shot. Multi-Shot answered and filed counterclaims. B & T and Multi-Shot are the only parties remaining in the case.

The parties filed a joint stipulation of dismissal. (Docket Entry No. 30). In accordance with the parties' stipulation, all remaining claims and counterclaims are dismissed without prejudice.

SIGNED on July 30, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge